UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Callahan,

                              Plaintiff(s),

                                                                          **O R D E R**

             -against –
                                                                          7:24-CV-05399 (CS)

Village of Dobbs Ferry et al,

                              Defendant(s).
-----------------------------------------------------------X

Seibel, J.

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within sixty (60) days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.


      **SO ORDERED**.

Dated:  February 3, 2026

      White Plains, New York



_____
      CATHY SEIBEL, U.S.D.J.